The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The offense is the unlawful transportation of whiskey in a dry area with a prior conviction for an offense of like character alleged to enhance the punishment; the punishment, 30 days in jail and a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Milton MANTOOTH, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27439.**

Court of Criminal Appeals of Texas.

Feb. 23, 1955.

**Betty K. Richardson TOLBERT, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27244.**

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

Rehearing Denied Feb. 23, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

Bernard A. Golding, Houston, for appellant.

Dan Walton, Dist. Atty., Houston, Eugene Brady, Jr., Asst. Dist. Atty., Wesley Dice, State's Atty., Austin, for the State.